

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00381-CR

REBEL AISTRUP, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law
Moore County, Texas
Trial Court No. 27362, Honorable Delwin T. McGee, Presiding

October 8, 2015

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Rebel Aistrup, appealed his conviction for the offense of driving while intoxicated. Appellant was sentenced to 180 days confinement in county jail. The term of confinement was suspended, and appellant was placed on community supervision for one year. On October 2, 2015, appellant's counsel filed a Motion to Dismiss Appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the

motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


                                                Mackey K. Hancock
                                                       Justice


Do not publish.